# HARRIS
## ST. LAURENT

USDC SDNY
DOC[ ]T
ELE[CTRO]NICALLY FI[LED]
DO[C #]
DATE FILED: 12/11/19

December 6, 2019

So Ordered,

*[signature]*
12-11-19

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. David Wagner, et. al., 19-cr-437 (AKH)

Your Honor:

I am one of the lawyers representing defendant Marc Lawrence in this case. I write to respectfully request that the Court approve Mr Lawrence's travel to New Orleans next week so that he may attend a funeral

As part of the conditions of release that the Court set for Mr. Lawrence on June 26, 2019, his travel was restricted to the State of Florida and the Southern and Eastern Districts of New York. (Docket No. 8). Mr. Lawrence seeks to travel to and from New Orleans by plane, departing from Tampa, Florida on Thursday, December 12th and returning to Florida on Saturday, December 14th.

Neither the government (AUSA Jilan Kamal) nor Pretrial Services (USPSO Anthony Zarate) objects to this request.

Sincerely,

/s/
Michelle Fox

cc:  AUSA Jilan Kamal, Esq. (by ECF)
     AUSA Sagar Ravi, Esq. (by ECF)