UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,  :
                 -v-  :    **SCHEDULING ORDER**

                              :    19 Cr. 437(AKH)
MARC LAWRENCE,  :

          Defendant.  :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing previously scheduled for May 3, 2021 is hereby adjourned.

        The parties are hereby ordered to appear for a sentencing on June 9, 2021 at 2:30 p.m., which sentencing will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

        Finally, no later than June 4, 2021 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    April 30, 2021       /s/Alvin K. Hellerstein, U.S.D.J.
            New York, New York     ALVIN K. HELLERSTEIN
                                              United States District Judge