UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
UNITED STATES OF AMERICA                                     :
:  **SCHEDULING ORDER**
-against-                                                    :
:  19 Cr. 437 (AKH)
:
:
MARC LAWRENCE,                                               :
:
                          Defendant.                         :
:
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing hearing scheduled to be held on June 9, 2021, at 2:30 p.m., will be held in person.

       SO ORDERED.

Dated:    June 7, 2021                    _____/s/_____
            New York, New York          ALVIN K. HELLERSTEIN
                                            United States District Judge