UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
: **ORDER REGULATING**
: **PROCEEDINGS**
-against- :
: 19 Cr. 437 (AKH)
:
MARC LAWRENCE, :
:
Defendant. :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The sentencing hearing scheduled to be held on June 9, 2021, at 2:30 p.m., will be conducted in person; however, the public may access the sentencing via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

SO ORDERED.

Dated: June 8, 2021
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge