UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Judgment Creditor, ) | |
| ) | 19 CR 437 (AKH) |
| v. ) | |
| ) | |
| MARC LAWRENCE, ) | |
| ) | |
| Judgment Debtor, ) | **MOTION FOR EXTENSION** |
| ) | **OF TIME** |
| And ) | |
| ) | The motion is granted.  Kelleen Schuster |
| UBS FINANCIAL SERVICES, INC., ) | shall file any response by January 17, 2022. |
| ) | So ordered. |
| Third-Party Respondent. ) | /s/ Alvin K. Hellerstein |
| | December 16, 20221 |

_____

Now comes Kelleen Schuster, Pro se, and respectfully moves this Honorable Court for a thirty (30) day extension of time to file a response to the United States of America's Motion for Turnover Order. As reason for this Motion, Kellen Schuster requires adequate time to seek advice from counsel to respond to the United States of America's request for this Court to order the turnover of Marc Lawrence's UBS IRA account.

For these reasons, Kelleen Schuster, respectfully requests that this Court issue an order granting her an extension of thirty (30) days in which to file her response to the United States of America's Motion for Turnover Order.

Respectfully submitted,

*/s/ Kelleen Schuster*
Kelleen Schuster, Pro se
596 Buckhead Ct.
Avon Lake, Ohio 44012
Phone: 440-725-7466