

On January 6, 2022 counsel submitted this letter withdrawing his request for a conference, ECF No. 141, but the underlying motion remains pending. Accordingly, the Clerk shall terminate ECF Nos. 141 and 142.
So ordered.
/s/ Alvin K. Hellestein
February 24, 2022

January 6, 2022

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. David Wagner, *et. al.,* 19-cr-437 (AKH)

Dear Judge Hellerstein:

I write to update the Court concerning Mr. Lawrence's medical status and to withdraw the request for a conference with the Court that I made on December 28, 2021 (ECF # 141).

Mr. Lawrence is a 67-year old man who was sentenced by the Court principally to a term of 55-months incarceration on June 9, 2021. Mr. Lawrence surrendered at FCI Coleman Low to begin serving his sentence on November 5, 2021.

As I wrote on December 28, 2021, Mr. Lawrence must receive medications to function normally due to his hypopituitarism. The most important of these medications are testosterone and Synthroid, neither of which Bureau of Prisons had been supplying Mr. Lawrence as of the time of the December 28th letter, although he had been receiving the generic form of Synthroid, levothyroxine.

I am happy to report that FCI Coleman Low has now provided Mr. Lawrence with testosterone and started him on a new course of thyroid medication. This change in Mr. Lawrence's medical treatment renders unnecessary the conference with the Court that I had requested. I would respectfully withdraw that request. I will update the Court if Mr. Lawrence's situation changes.

                                                              Respectfully,

                                                              Andrew St. Laurent

cc:    AUSA Jilan Kamal, Esq. (w/encl.)
        AUSA Sagar Ravi, Esq. (w/encl.)