UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,

-against-

MARC LAWRENCE,

                               Defendant,
------------------------------------------------------------- X

**ORDER**

19 Cr. 437 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant Marc Lawrence, via *pro se* letter, seeks clarification as to whether turnover orders I issued on January 26, 2022 and March 24, 2022 are authorized.

      Lawrence is correct that I set a schedule of restitution payments to begin after his release from custody. However, upon entry of criminal judgment a lien automatically arose in favor of the Government in the same manner as a tax lien, which the Government may enforce against certain non-exempt property. 18 U.S.C. 3613(d). The separate schedule of restitution payments does not override the Government's right to enforce the lien against Defendant's non-exempt property. *See* 18 U.S.C. 3613(a)–(d); *see also United States v. Lumiere*, 2021 WL 4710778, at *3 (S.D.N.Y., Oct. 7, 2021) (citing *Cisneros v. Alpine Ridge Group*, 508 U.S. 10, 18 (1993)).

      No further clarification is necessary. The Clerk shall terminate ECF No. 160 and mail a copy of this order to Defendant.

      SO ORDERED.

Dated:     June 13, 2022                _/s/ Alvin K. Hellerstein_____
             New York, New York       ALVIN K. HELLERSTEIN
                                                United States District Judge