DOC # [illegible]

SDNY PRO SE OFFICE
[received stamp, illegible]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————X

UNITED STATES OF AMERICA,   Case No. 1:19-cr-437-AKH-2

-v-   **MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT RESPONSE TO MOTION FOR REDUCTION OF SENTENCE**

MARC LAWRENCE,

Defendant.

——————————————————————X

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
D: 9/13/2022*

I, Marc Lawrence, defendant herewith, move under to 18 U.S.C. § 3582(c)(1)(A)(i) that this Court grant me an additional two weeks from Friday, September 2, 2022, to respond to the Government's response to my *Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)*.

I have been informed by family friends that the Government filed a response to my pending *Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)* three weeks ago. I further understand that the Court has set September 2, 2022, as the deadline for my reply filing.

However, I have not received a copy of the Government response in the mail. I was able to contact the Court's clerk, and on August 31, Stanley Klimek, a Records/Reproduction Clerk, reported that the response was filed on August 12, 2022, and should have been mailed to me.

I have arranged to obtain a copy from a third party, but I have not received the copy as of the date of filing of this *Motion*. Thus, I request that my deadline for filing a reply be extended to September 16, 2022, to provide an additional two weeks.

*[handwritten: The extension is Granted.
9-13-22  /s/ AKH]*

RECEIVED
SEP -9 [2022]
S.D.N.Y.

The non-delivery of the Government response provides good cause for grant of this motion.

WHEREFORE, this *Motion* should be granted, and I should be permitted to reply to the Government's response by the close of business September 16, 2022. The statements of fact made herein are true, under penalty of perjury.

Executed August 31, 2022

Marc Lawrence
Reg. No. 72293-018
FCI Coleman Low Satellite Camp
P.O. Box 1027
Coleman, FL  33521

2

CERTIFICATE OF SERVICE

I herewith certify pursuant to 28 U.S.C. § 1746 that I have transmitted a manually-signed original of the foregoing *Motion for Extension of Time* by legal mail, first class, postage prepaid, to the following:

> Office of the Clerk
> United States District Court
> Thurgood Marshall U.S. Courthouse
> 40 Foley Square
> New York, New York 10007

and I have served a true and complete copy of the same by depositing said document by email and by first-class mail, postage prepaid, addressed to the following:

> Jilan Janet Kamal
> U.S. Attorney's Office- SDNY
> 1 Saint Andrew's Plaza
> New York, NY 10007

The foregoing statements are true under penalty of perjury.

Executed August 31, 2022

_____
Marc Lawrence

3






U.S. POSTAGE
PME 1-Day
NORWALK, OH
44857
SEP 01 22
$26.9
R2305M148404

Marc Lawrence
Reg. No. 72293-018
FCI Coleman Low Satellite Camp
P.O. Box 1027
Coleman, FL 33521

Office of the Clerk
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007



UNITED STATES POSTAL SERVICE | PRIORITY MAIL EXPRESS

EI 452 416 013 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( )
MARC LAWRENCE # 72293-018
FCI COLEMAN LOW SATELLITE CAMP
P.O. BOX 1027
COLEMAN, FL 33521

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day   ☐ 2-Day   ☐ Military
PO ZIP Code: 44857
Scheduled Delivery Date (MM/DD/YY): 9-2-22
Postage: $26.9

Date Accepted (MM/DD/YY): 9-1-22
Scheduled Delivery Time: ☑ 6:00 PM
Insurance Fee / COD F

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

Time Accepted: 4:54 ☐ AM ☑ PM
Return Receipt Fee | Live An Transp

TO: (PLEASE PRINT)  PHONE ( )
CLERK, U.S. DISTRICT COURT
THURGOOD MARSHALL COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY
ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 7 -

Special Handling/Fragile: $ /
Sunday/Holiday Premium Fee: $ /
Total Postage & Fees: $ 26.9

Weight: 2 lb 10 ozs   ☐ Flat Rate
Acceptance Employee Initials

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time | Employee Signature
                             | ☐ AM |
                             | ☐ PM |
Delivery Attempt (MM/DD/YY) | Time | Employee Signature
                             | ☐ AM |
                             | ☐ PM |

⇐ PEEL FROM THIS CORNER

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996



To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP





PS10001000006   EP13F May 2020