UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

MARC LAWRENCE,

                    Defendant.
-------------------------------------------------------------- x

**ORDER TO RESPOND**

19 Cr. 437 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On September 1, 2022, I denied Defendant Marc Lawrence's first motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) after reviewing Defendant's motion and the Government's opposition thereto. ECF No. 178. Defendant renewed his motion for compassionate release on July 5, 2023, citing ongoing concerns regarding his medical care. ECF No. 185. Upon review of Defendant's instant motion, it is ORDERED that the Government shall file any opposition by July 25, 2023. Defendant is not entitled to file any reply.

        SO ORDERED.

Dated:    July 7, 2023
             New York, New York

                                            /s/ Alvin K. Hellerstein
                                            ALVIN K. HELLERSTEIN
                                            United States District Judge