UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                           :
UNITED STATES OF AMERICA,             :
                                           :         **ORDER REGULATING**
       -against-                          :         **PROCEEDINGS**
                                           :
MARC LAWRENCE,                         :         19 Cr. 437-2 (AKH)
                                           :
                               Defendant.      :
                                           :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Letters having been received from both Defendant Marc Lawrence and the United States of America with regards to Defendant's pension payments, Defendant is ordered to reply to the Government's most recent letter response, ECF No. 194, by December 13, 2024.

        SO ORDERED.

Dated:       November 26, 2024

                                                                             /s/ Alvin K. Hellerstein
                                                                            ALVIN K. HELLERSTEIN
                                                                             United States District Judge