UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :   **ORDER TO TURNOVER**
            -against-                                         :   **WITHHELD PENSION**
                                                              :   **PAYMENTS**
MARC LAWRENCE,                                                :
                                                              :   19 Cr. 437 (AKH)
                                    Defendant.                :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       In my Turnover Order of March 24, 2022, I ordered Third Party Respondent Metropolitan Tower Life Insurance Company ("MetLife") to submit the full liquidated value of Defendant Marc Lawrence's pension payments to the Clerk of Court, to be withheld in their entirety during the duration of Mr. Lawrence's prison sentence. ECF No. 159. I also ordered that upon Mr. Lawrence's release from prison, the withholding and turnover rate was to be reduced to 25% to the Clerk of Court, with the remaining 75% to be paid to Mr. Lawrence. *Id.* Mr. Lawrence was released from prison on September 25, 2024, but did not receive the 75% of the pension payment owed him during the months of October and November 2024 because MetLife continued to pay the entirety of Mr. Lawrence's pension payments to the Clerk of Court. The Clerk of Court is hereby ordered to issue a refund of the 75% excess withholding for the months of October and November 2024, in the amount of $2,350.40, to Mr. Lawrence. MetLife is ordered to continue, as it began in December 2024, submitting the reduced rate of 25% to the Clerk of Court for withholding, until and unless further notice.

       SO ORDERED.

Dated:    January 7, 2025
               New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge